NOT FOR PUBLICATION IN WEST'S HAWAIĪ REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**30472**
**27-JAN-2012**
**08:27 AM**

NO. 30472


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


DONNA W. KUEHU, Claimant-Appellant,
v.
UNITED AIRLINES, INC., Employer-Appellee, Self-Insured,
and
GALLAGHER BASSETT SERVICES, INC.,
Third-Party Administrator-Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2007-142 (2-05-10623) (2-06-06908))


ORDER DENYING CLAIMANT-APPELLANT'S
MOTION FOR RECONSIDERATION OF MEMORANDUM OPINION
(By:  Foley, Presiding J., Leonard and Ginoza, JJ.)


Upon consideration of Claimant-Appellant Donna W. Kuehu's January 23, 2012, Motion for Reconsideration of the Intermediate Court of Appeals' Memorandum Opinion filed on January 13, 2012, the papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, January 27, 2012.

On the motion:

Donna W. Kuehu
Claimant-Appellant pro se.

Presiding Judge

Associate Judge

Associate Judge